CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
FAX: (415) 436-7234
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RUOXI ZHANG,<br>Plaintiff,<br>v.<br>MARCO RUBIO, Secretary, United States Department of State, *et al.*,<br>Defendants. | Case No. 5:26-cv-04322-NW<br><br>**STIPULATION TO STAY PROCEEDINGS; ~~[PROPOSED]~~ ORDER** |

The parties, through their undersigned attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 21, 2026. Plaintiff filed a complaint in which he seeks adjudication of his visa. The parties conferred and agree that judicial economy would best be served by staying the litigation deadlines in this case for a limited time to allow for a potential re-adjudication of Plaintiff's visa. Accordingly, the parties stipulate and request that the proceedings in this case be stayed until September 21, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources.

Dated: July 21, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: July 21, 2026

*/s/ Arthur Minas*
ARTHUR MINAS
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 23, 2026

HON. NOEL WISE
United States District Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.